UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SEAN T. WILEY,

                            Plaintiff,

                                                                    9:19-CV-0652
v.                                                                  (GTS/CFH)

VERONICA FERNANDEZ, Warden, Raybrook F.C.I.;
KIMBERLY BURDO,  Hosp. Admin., Raybrook  F.C.I.,
f/k/a Kim Berdo; and UNITED STATES OF AMERICA,

                            Defendants.
_____

APPEARANCES:                                                        OF COUNSEL:

SEAN T. WILEY, 09137424
  Plaintiff, *Pro Se*
Allenwood U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 3000
White Deer, Pennsylvania 17887

HON. CARLA B. FREEDMAN                                              RANSOM P. REYNOLDS, III, ESQ.
U.S. Attorney for the N.D.N.Y.                                      Assistant U.S. Attorney
  Counsel for Defendants
P.O. Box 7198
100 South Clinton Street
Syracuse, New York 13261

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

        Currently before the Court, in this *pro se* prisoner civil rights action filed by Sean T.

Wiley ("Plaintiff") against Warden Veronica Fernandez, Hospital Administrator Kim Burdo, and

the United States of America ("Defendants"), are  (1) Defendants' motion for summary

judgment, and (2) United States Magistrate Judge Christian F. Hummel's Report-

Recommendation recommending that Defendants' motion be granted and that Plaintiff's claims be dismissed with prejudice. (Dkt. Nos. 90, 113.) The parties have not filed an Objection to the Report-Recommendation, and the time in which to do so has expired. (*See generally* Docket Sheet.)

After carefully reviewing the relevant papers herein, including Magistrate Judge Hummel's thorough Report-Recommendation, the Court can find no clear error in the Report-Recommendation:[1] Magistrate Judge Hummel employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts. As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons stated therein, and Defendants' motion for summary judgment is granted.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Hummel's Report-Recommendation (Dkt. No. 113) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Defendants' motion for summary judgment (Dkt. No. 90) is **GRANTED**; and it is further

**ORDERED** that the remaining claims asserted in Plaintiff's Amended Complaint (Dkt. No. 13) – i.e., Plaintiff's claims against Defendants Fernandez, Burdo, and the United States of

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear-error review. Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition. When performing such a clear-error review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).

America – are **<u>DISMISSED</u> with prejudice**; and it is further

**ORDERED** that the Clerk of Court shall issue a Judgment for Defendants and close this

action.

Dated: February 26, 2024
          Syracuse, New York

Glenn T. Suddaby
U.S. District Judge